UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-20037-HUCK/BECERRA

UNITED STATES OF AMERICA,

v.

AURELIO REYES MCTAGGART,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Plea of Guilty [ECF No. 39], which was entered on June 7, 2021. In the R&R, Judge Becerra found that the Defendant Aurelio Reyes McTaggart ("Defendant") freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to possess with intent to distribute a controlled substance on board a vessel, in violation of Title 46 U.S.C. § 70506(b).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Thursday, August 26, 2021 at 2:00 PM**;

and (4) the jury trial previously set for July 19, 2021 and the calendar call previously set for July 14, 2021 [ECF No. 47] are now cancelled as they relate to Defendant Aurelio Reyes McTaggart.

**DONE AND ORDERED** in Miami, Florida on June 16, 2021.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record